IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAIME CASALEGNO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.:  2:16-cv-13847 |
| ) | |
| CAJUN INDUSTRIES, LLC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING MOTION TO DISMISS

Upon consideration of the foregoing Joint Motion to Dismiss with Prejudice,

IT IS HEREBY ORDERED that the Joint Motion to Dismiss with Prejudice is GRANTED, and that Plaintiff's lawsuit is dismissed with prejudice.

New Orleans, Louisiana, this <u>21st</u> day of February, 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**